IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-cr-39 |
| ) | |
| STACIE LEE GLANCE ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the motion of defendant Stacie Lee Glance for a continuance of the trial [doc. 41]. The defendant says that due to a family medical emergency, her attorney must travel out of state and there will be inadequate time to prepare for trial. Neither the co-defendant nor the government have any objection to a continuance.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant's attorney the reasonable time necessary to prepare for trial, and she would be unfairly prejudiced. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to January 29, 2008, at 9:00 a.m.

ENTER:

　　　*s/ Leon Jordan*　　　
United States District Judge